Name and address

MARCIA BREWER
300 Corporate Pointe # 330
Culver City, CA 90230

Tel. (310) 670-5325

ORIGINAL

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 19 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR-04-695(A)-CAS |
| v. | |
| QUATANA REESE, | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

QUATANA REESE   ☐ Plaintiff  ☑ Defendant  ☐ Other
*Name of Party*

hereby request the Court approve the substitution of   MARCIA BREWER
                                                        *New Attorney*

as attorney of record in place and stead of   DARLENE RICKER
                                                *Present Attorney*

Dated  5-15-06

_____
*Signature of Party/Authorized Representative of Party*

Priority ____
Send     ✓
Enter    ____
Closed   ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  5-10-06

_____
*Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  5/15/06

_____
*Signature of New Attorney*

74208
*State Bar Number*

DOCKETED ON CM
SEP 22 2006
BY ___ 023

---

If party requesting to appear Pro Se:

Dated _____

_____
*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)   REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

CC: CJA

Name and address

MARCIA BREWER
300 Corporate Pointe #330
Culver City, California 90230

Tel. (310) 670-5325

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR-04-695(A)-CAS |
| v. | |
| QUATANA REESE, | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

_____QUATANA REESE_____  ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

to substitute _____MARCIA BREWER_____ who is

☐ Retained Counsel    ☑ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

_____300 Corporate Pointe # 330_____
*Street Address*

_____Culver City, California 90230_____    _____marciabrewer3@sbcglobal.net_____
*City, State, Zip*                                                     *E-Mail Address*

_____(310) 670-5325_____    _____(310) 670-3706_____    _____74208_____
*Telephone Number*                *Fax Number*                     *State Bar Number*

as attorney of record in place and stead of _____DARLENE RICKER_____
                                                                       *Present Attorney*

is hereby    ☑ GRANTED    ☐ DENIED

Dated  9/19/06                                    *Christina A. Snyder*
                                                            U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL :** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)         ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY