O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR04-695-CAS |
| Plaintiff, ) | |
| v. ) | SUPERVISED RELEASE REVOCATION AND REVOKING JUDGMENT |
| QUATANA NAISHA REESE, ) | |
| Defendant. ) | |
| _____ ) | |

On July 23, 2009, this matter came before the Court on a petitions to show cause why supervised release should not be revoked filed April 3, 2009 and July 10, 2009. The Government, Darwin Thomas, the defendant and his CJA appointed attorney, Marcia Brewer were present. The U.S. Probation Officer, Julie Dickinson, was also present.

The defendant admits violation of allegations 1 and 2 of the Petition on Probation and Supervised Release filed on April 3, 2009. The defendant also admits violation of allegations 3 and 7 of the Petition on Probation and Supervised Release filed on July 10, 2009. The defendant denies violation of allegations 4, 5, and 6 of the Petition on Probation and Supervised Release filed on July 10, 2009. The Government withdraws allegations 4, 5, and 6 of the Petition on Probation and Supervised Release filed July 10, 2009.

The Court finds that the defendant is in violation of the terms and conditions of her supervised release as set forth in the Judgment and Probation/Commitment Order of September 26, 2008.

IT IS THE JUDGMENT OF THE COURT that defendant's supervised release is hereby revoked. Defendant is hereby committed to the Bureau of Prisons for a term of twelve (12) months and one (1) day, with no supervised release to follow. It is further ordered that the defendant surrender herself to the institution designated by the Bureau of Prisons on or before 12 noon, August 24, 2009. In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at: Roybal Federal Building, 255 East Temple, Los Angeles, California 90012. The Court hereby recommends defendant be designated to the Victorville facility.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: July 24, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE


TERRY NAFISI, CLERK


By: _____/S/_____
     Catherine M. Jeang, Deputy Clerk

2